No. 85–6667. BOAG *v.* RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 85–6819. MCCONNELL *v.* WEE ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6824. NORTH *v.* EDWARDS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 85–6826. SELLNER *v.* PANAGOULIS, AKA HUDNALL, ET AL. Ct. App. Md. Certiorari denied.

No. 85–6833. LACY *v.* DISTRICT COURT OF DALLAS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 85–6839. OTIS *v.* SEARS, ROEBUCK & CO. C. A. 7th Cir. Certiorari denied.

No. 85–6840. WALTER *v.* DICKSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6843. BRYANT *v.* VOSE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.

No. 85–6845. TOLER *v.* NEW HANOVER COUNTY BOARD OF EDUCATION. C. A. 4th Cir. Certiorari denied.

No. 85–6851. DAIGRE *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 85–6853. FOWLER ET AL. *v.* JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–6854. PLIES *v.* LAZARE ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–6855. TATU ET AL. *v.* LAWSON & HARTNELL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–6856. HENDERSON *v.* IDAHO ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 85–6857. WRENN *v.* ST. CHARLES HOSPITAL. C. A. 6th Cir. Certiorari denied.